# INDEX OF EXHIBITS

*Strange v. Winred Technical Services LLC*

| EXHIBIT No. | DESCRIPTION OF EXHIBIT | REFERENCED AT ¶ |
|---|---|---|
| A | RNC DEMAND LETTER DATED 02/04/2018 | 26 |
| B | FTC DO-NOT-CALL REGISTRY | 28 |
| C | LOUISIANA PUBLIC SERVICE COMMISSION DNC REGISTRATION | 29 |
| D | FCC ENFORCEMENT ADVISORY DATED 03/14/2016 | 30 |
| E | DEFENDANT UTILIZES ATDS BY ITS OWN WEBSITE STATEMENTS | 32 |
| F | DOMAIN REGISTRY DATA FOR DEFENDANT (WINRED.COM) | 33 |