# EXHIBIT A

## Settlement Communication - Not-Admissible

---

### Clinton Strange

### 7021 Winburn Drive

### Greenwood, LA 71033

### 318-423-5057

### CaddoBossierRefrigeration@gmail.com

Greetings RNC:

I am preparing a civil case agaìnt your committee for willful violations of Louisiana State Laws regarding emails that I have been receiving since late 2016. The statutes are inclusive of, but not limited to:

La RS 51:2001

La RS 51:2002

La RS 51:2003

La RS 51:2004

&

La RS 14:73.1

La RS 14:73.6

The e-mails in controversy were sent to and continue to be sent to the following e-mail addresses:

bethanysearsguy@yahoo.com

caddobossierrefrigeration@gmail.com

Under the law each email that violates the aforementioned statutes entitles the recipient to $10 per e-mail. I allege that there are at least 100 violating e-mails.

I look forward to communicating with your legal counsel regarding this matter to see if we could settle this matter amicably outside of a State or Federal Court proceeding .

Regards,

_____        _____

Clinton Strange

Settlement Communication - Not Admissible



rnc

Results      All folders

**Clinton strange**
**Republican National Committee**    7:47 AM
https://secure.winred.com/rnc-impeachment-defense-f

**Clinton strange**
**Republican National Committee**    7:47 AM
https://secure.winred.com/rnc/sept-19-eoq?utm_mediu

**Clinton strange**
**Republican National Committee**    7:46 AM
https://secure.winred.com/rnc/sept-19-eoq?utm_mediu

Sunday, February 4, 2018

**clint**
**Republican National Committee - Email Litigation**    2/4/2018
Mom: This is an example of how to send a demand lett

Friday, January 26, 2018

**Donald J. Trump**
**Regarding your membership, Clinton Andrew**    1/26/2018
I'm following up on the email my team sent you. | Clir

Sunday, December 31, 2017

**Trump Headquarters**
**Clinton Andrew is why I do it**    12/31/2017
Please make an EARLY renewal of your Sustaining M

**Donald J. Trump**
**TONIGHT**    12/31/2017
You deserve someone who will never give up! | Clinto

↩ Reply    ↩ Reply all    → Forward

**Republican National Committee - Email Litigation**

**clint <caddobossierrefrigeration@gmail.com>**
2/4/2018 11:23 AM

To:

   rnc.oemand.letter.1.rtf
   2.29 KB

Mom:

This is an example of how to send a demand letter for the Louisiana e-mail law

Love You,
Bubba

Sent from Mail for Windows 10