# EXHIBIT B

 

En Español

Registration Co...e

You have registered the following telephone number in the National Do Not Call Registry:

(318) 423-5057

You may print this page if you wish to retain a copy for your records.