# EXHIBIT C

# Louisiana Public Service Commission



- Home
- About LPSC
- Consumer Info
- Motor Carriers - Pipelines
- Household Goods Moving
- Telecommunications
- Electric
- Gas
- Water and Sewer
- Do Not Call
- Open Session
- Official Bulletin
- Document Access
- Public Records Request
- PSC Calendar
- Press Releases
- Request For Proposals
- Links
- Disclaimer
- Site Map





## Consumer On-Line Registration Form

*I request that the Louisiana Public Service Commission enroll my residential telephone number in the Louisiana "Do Not Call" Program using this on-line form.*

**Please fill out the form in its entirety.** Please list only one First and Last name. Be sure to give a complete phone number, including a valid area code. Note: the form will not be processed if all required fields are not completed or if an incorrect area code is given. For multiple phone numbers, please fill out a separate form for each. (Please register only residential phone numbers).

| Field | Value | Note |
|---|---|---|
| First Name: (Only one first name, please) | Clinton | (required) |
| Last Name: | Strange | (required) |
| Mailing Address: | 7021 Winburn Drive | (required) |
| Apartment Number: | | (required when applicable) |
| City: | Greenwood | (required) |
| Zip Code: | 71033 - | (5 digit required) |
| Residential Phone Number: (include area code) | ( 318 ) 423 - 5057 | (required - must be a Louisiana area code) |
| E-Mail Address: | bethanysearsguy@yahoo.c | (optional) |

[ Submit ]

*The information obtained in this registration is not open to public inspection or disclosure as defined in the Commission's General Order dated November 7, 2001. The Louisiana Public Service Commission will take all necessary steps to protect the confidentiality of the information in its database.*
*You will receive a confirmation screen upon successful transmission of this form.*

The Louisiana "Telephone Solicitation Relief Act of 2001" directs the Louisiana Public Service Commission to promulgate regulations and to compile and maintain a "Do Not Call List." The List consists of telephone numbers of residential telephone subscribers who have elected to reduce telephone solicitations. Business numbers may not be included on the list. The law requires the "Do Not Call" Register to be operational by January 1, 2002.

**Note:** This form does not employ encryption during the transmission phase. The information being sent, although personal, is public domain, and does not include anything sensitive such as drivers license numbers, bank numbers, credit card

numbers or social security numbers. Address and phone information can be obtained from a vast array of sources, including Internet people finders, address database CD-ROMS, white pages, etc.

If you do not feel comfortable sending the information in this way, please print the form, complete it, and send it via standard mail to:

**Louisiana Public Service Commission**
Louisiana Do Not Call Program
Galvez Building, 12th Floor
602 North Fifth Street
Post Office Box 91154
Baton Rouge, LA 70821-9154

Galvez Building, 12th Floor • 602 North Fifth Street PO Box 91154 • Baton Rouge, LA 70821-9154 • 225-342-4999 • 800-256-2397 • 225-342-2831 (Fax)

# Louisiana Public Service Commission



- Home
- About LPSC
- Consumer Info
- Motor Carriers - Pipelines
- Household Goods Moving
- Telecommunications
- Electric
- Gas
- Water and Sewer
- Do Not Call
- Open Session
- Official Bulletin
- Document Access
- Public Records Request
- PSC Calendar
- Press Releases
- Request For Proposals
- Links
- Disclaimer
- Site Map






### Registration Confirmation    318-423-5057

**Thank You!** The "Do Not Call" List is updated quarterly. It will take 30 to 120 days for your number to appear on the list, depending upon the <u>date you register</u>. If you receive a call from a telemarketer after your effective date and wish to file a complaint, you will be required to <u>download and fill out a complaint form</u>.Some specific information is required, but any additional information you provide regarding a complaint can greatly aid our investigation of the violation.

### Example of information that you will be requested to provide in a complaint:

- Your Name
- Your Home Phone Number where the Telemarketer called
- Your Parish and Mailing Address
- The Name of the Telemarketing Company and the business they represent
- The Time and Date of the Telemarketer call you received
- The Telemarketer's Phone number (If you have Caller ID or other service, it would be useful to obtain and/or retain the telemarketer's phone number with such a device.)
- The Telemarketer's Business Address
- The Product or Service you were offered

Remember that the Louisiana "Do Not Call" Program is designed to reduce the number of calls you receive from telemarketers. It will not eliminate all telemarketing calls. There are some exemptions. These exemptions generally include calls made:

- In response to an express request of the person called. For purposes of this Order, in the case of property or services advertised and offered to sale directly by the owner or provider thereof, if such advertisement or offer contains the phone number of the owner or provider or its authorized representative, then such advertisement or offer shall be deemed to be an "express request" by the owner or provider for inquiries relating to the sale or purchase of such property or services. This authorization expires six months after the "express request" is granted.

- Primarily in connection with an existing debt or contract, payment or performance of which has not been completed at the time of such call.

- To any person with whom the telephonic solicitor has an existing business relationship, or a prior business relationship that was terminated or lapsed within six (6) months of such call, except by a person or business that conducts automobile sales and does not complete the sales presentation during the telephone solicitation and is made in contemplation of the sales presentation being completed at a later face-to-face meeting between the telephonic solicitor and the person contacted and where the contacted person has previously made purchases from the automobile dealership.

- On behalf of an organization, which has non-profit status under Section 501(c) (3), or (6) of the Internal Revenue Code, unless such organization utilizes the services of a paid professional solicitor, as defined in R.S. 51:1901(6).

- For the purpose of conducting marketing research, public opinion polling, or similar activities that do not involve telephonic solicitation or selling or

obtaining information that will or may be used for telephonic solicitation or selling.

- Constituting political activity. For the purposes of this Order, calls constituting political activity are defined as calls made for the sole purpose of urging support for or opposition to a political candidate or ballot issue provided that the callers identify themselves; or calls made for the sole purpose of conducting political polls or soliciting the expression of opinions, ideas or votes; or calls made by any newspaper or periodical in the state, which is qualified to be the official journal of the state or any parish, municipality, school board, or other political subdivision, as provided by Chapters 2 and 4 of Title 43 of the Louisiana Revised Statutes of 1950.

- Without completing or attempting to complete a sale, said sale to be completed only after a face-to face meeting between the telephonic solicitor and the person called at the telephonic solicitor's primary place of business or at another location selected by the purchaser. The call must be the result of a referral of the person called to the telephonic solicitor, or be placed to an individual who is personally known to the telephonic solicitor. If placed as a result of a referral, the telephonic solicitor must provide to the person called the name of the person who made the referral. If the person called does not wish to be called after such initial call, then the telephonic solicitor shall not call that person and shall maintain a list of such persons. This exemption shall not apply if directly following the sale the telephonic solicitor attempts to deliver an item or collect payment from the person called or caused another to do so.

Galvez Building, 12th Floor • 602 North Fifth Street PO Box 91154 • Baton Rouge, LA 70821-9154 • 225-342-4999 • 800-256-2397 • 225-342-2831 (Fax)