# EXHIBIT E



**Authorized Website of Trump Headquarters**

# FEC-MANDATED SEPTEMBER DEADLINE!

If we don't post strong fundraising numbers, we won't be able to defend the President from this baseless Impeachment WITCH HUNT. President Trump wants to raise $3,000,000 by September 30th at 11:59 PM. **This is the most CRITICAL goal we've had this year.** We'll be sending a list of every September Deadline Donor to the President's office. Make sure your name is at the very top!
**Contribute IMMEDIATELY and your contribution will be QUADRUPLE-MATCHED!**

Donated before using an account? Login



Your Total Impact!

$175

$250

$500   Other

Your contribution will benefit RNC.

Make this a monthly recurring donation

$35

Contributions or gifts to the Republican National Committee are not deductible as charitable contributions for federal income tax

purposes.

Funds received in response to this solicitation will be subject to federal contribution limits.

Contributions from corporations and foreign nationals are prohibited.

The RNC does not accept contributions earmarked for any candidate or other committee. Contributions are used to fund all RNC programs, and will be spent as the RNC determines within its sole discretion.

By providing your phone number, you are consenting to receive calls and SMS/MMS msgs, including autodialed and automated calls and texts, to that number from the Republican National Committee. Msg&data rates may apply. Terms & conditions/privacy policy apply www.80810-info.com.

If you have any questions you can reach us at 877-340-8969 or store@gop.com

Paid for by the Republican National Committee. Not Authorized By Any Candidate Or Candidate's Committee. www.gop.com.

**Contributions to WinRed are not deductible as charitable donations for federal income tax purposes.**

**Contribution rules**

- I am a U.S. citizen or lawfully admitted permanent resident (i.e., green card holder).
- This contribution is made from my own funds, and funds are not being provided to me by another person or entity for the purpose of making this contribution.
- I am making this contribution with my own personal credit card and not with a corporate or business credit card or a card issued to another person.
- I am at least eighteen years old. I am not, nor am I making this contribution on behalf of, a corporation, labor organization, national bank, foreign national without a green card, a federal contractor, or any other federally impermissible source.

**Paid for by WinRed. Not authorized by any candidate or candidate's committee. WinRed.com**

Powered by WinRed

Terms of Use　Privacy Policy　About Our Ads