# EXHIBIT F

**DomainBigData**

Search any domain, ip, registrant name / e

Domains /

# Winred.com

See the newest jobs.

Out of millions of jobs, see the newest ones and be an early applicant

## Domain

| | |
|---|---|
| Domain | winred.com |
| Words in | win red |
| Title | WinRed - Conservatives' #1 fundraising technology |
| Web age | 19 years and 8 months |
| IP Address | 104.17.83.71 (/104.17.83.71) |
| | 104.17.83.71 abuse reports (https://ip-46.com/104.17.83.71) |
| IP Geolocation | United States    map |
| Registrant | Contact Privacy Inc. Customer 1244305279 |
| Organization | Contact Privacy Inc. Customer 1244305279 |
| Email | akgusqqduoe9(at)contactprivacy.email |
| Address | 96 Mowat Ave |
| City | Toronto    map |
| State | ON |
| Country | Canada |
| Phone | +1.4165385487 |
| Fax | +1.8772376466 |
| Private | **yes**, contact registrar for more details |

## Whois

last record, updated : 2019-04-11

Domain Name: winred.com
Registry Domain ID: 17593897_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.google.com
Registrar URL: https://domains.google.com
Updated Date: 2019-04-10T15:38:11Z
Creation Date: 2000-01-14T19:42:07Z
Registrar Registration Expiration Date: 2021-01-14T19:42:07Z
Registrar: Google LLC
Registrar IANA ID: 895
Registrar Abuse Contact Email: registrar-abuse(at)google.com

Registrar Abuse Contact Phone: +1.8772376466
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Contact Privacy Inc. Customer 1244305279
Registrant Organization: Contact Privacy Inc. Customer 1244305279
Registrant Street: 96 Mowat Ave
Registrant City: Toronto
Registrant State/Province: ON
Registrant Postal Code: M4K 3K1
Registrant Country: CA
Registrant Phone: +1.4165385487
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: akgusqqduoe9(at)contactprivacy.email
Registry Admin ID:
Admin Name: Contact Privacy Inc. Customer 1244305279
Admin Organization: Contact Privacy Inc. Customer 1244305279
Admin Street: 96 Mowat Ave
Admin City: Toronto
Admin State/Province: ON
Admin Postal Code: M4K 3K1
Admin Country: CA
Admin Phone: +1.4165385487
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: akgusqqduoe9(at)contactprivacy.email
Registry Tech ID:
Tech Name: Contact Privacy Inc. Customer 1244305279
Tech Organization: Contact Privacy Inc. Customer 1244305279
Tech Street: 96 Mowat Ave
Tech City: Toronto
Tech State/Province: ON
Tech Postal Code: M4K 3K1
Tech Country: CA
Tech Phone: +1.4165385487
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: akgusqqduoe9(at)contactprivacy.email
Name Server: CHUCK.NS.CLOUDFLARE.COM
Name Server: MEGAN.NS.CLOUDFLARE.COM
DNSSEC: signedDelegation

Recorded : 2016-08-19

### Historic Registrant

| | | |
|---|---|---|
| Name | Red Giga (/nj/gbJidBM0TEG9z8zS-gzEzg) | is associated with 100+ domains |
| Organization | Redgiga (/nj/k4Kl6bbmYMoLw3DHhOPkeQ) | is associated with 100+ domains |
| Email | dominios@redgiga.com (/redgiga.com/mj/bjBoXLskDy4MunB49M9DrA) | is associated with 100+ domains |
| Address | M. Angeles de la Gandara 32 | |
| City | Santiago de Compostela | |
| State | A Coruna | |

**DomainBigData** (/)

Search any domain, ip, registrant name / e...  🔍  ≡

| | |
|---|---|
| Country | 🇪🇸 Spain |
| Phone | +34.881091200 |
| Fax | +34.981040200 |
| Private | **yes**, contact registrar for more details |

### 📄 Historic Whois Record

Domain Name: winred.com
Registry Domain ID: 17593897_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.dinahosting.com
Registrar URL: http://dinahosting.com
Updated Date: 2016-01-07T14:25:36Z
Creation Date: 2000-01-14T19:42:07Z
Registrar Registration Expiration Date: 2017-01-14T19:42:07Z
Registrar: Dinahosting s.l.
Registrar IANA ID: 1262
Registrar Abuse Contact Email: abuse-domains@dinahosting.com
Registrar Abuse Contact Phone: +34.981040200
Domain Status: clientDeleteProhibited (http://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (http://www.icann.org/epp#clientTransferProhibited)
Registrant ID: DHCVe-1266749488
Registrant Name: Red Giga
Registrant Organization: RedGiga
Registrant Street: M. Angeles de la Gandara 32
Registrant City: Santiago de Compostela
Registrant State/Province: A Coruna
Registrant Postal Code: 15890
Registrant Country: ES
Registrant Phone: +34.881091200
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dominios@redgiga.com
Administrative ID: DHCVe-916819510
Administrative Name: Red Giga
Administrative Organization: RedGiga
Administrative Street: M. Angeles de la Gandara 32
Administrative City: Santiago de Compostela
Administrative State/Province: A Coruna
Administrative Postal Code: 15890
Administrative Country: ES
Administrative Phone: +34.881091200
Administrative Phone Ext:
Administrative Fax:
Administrative Fax Ext:
Administrative Email: dominios@redgiga.com
Technical ID: DHCVe-500039074
Technical Name: Red Giga
Technical Organization: RedGiga
Technical Street: M. Angeles de la Gandara 32
Technical City: Santiago de Compostela
Technical State/Province: A Coruna
Technical Postal Code: 15890
Technical Country: ES
Technical Phone: +34.881091200
Technical Phone Ext:
Technical Fax:

Technical Fax Ext:

**DomainBigData** minios@redgiga.com

Name Server: ns4.gestiondecuenta.com
Name Server: ns2.gestiondecuenta.com
Name Server: ns.gestiondecuenta.com
Name Server: ns3.gestiondecuenta.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-08-19T23:24:04+0200 <<<

To obtain further information about codes on Whois status please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time.

The Expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

We reserve the right to modify these terms at any time. By submitting

**DomainBigData** you agree to abide by these terms.

(/)

### Other TLDs

| | |
|---|---|
| winred.at (/winred.at) | winred.be (/winred.be) |
| winred.cc (/winred.cc) | winred.biz (/winred.biz) |
| winred.co (/winred.co) | winred.com.co (/winred.com.co) |
| winred.net (/winred.net) | winred.org (/winred.org) |
| winred.info (/winred.info) | winred.name (/winred.name) |
| winred.es (/winred.es) | winred.news (/winred.news) |
| winred.house (/winred.house) | winred.email (/winred.email) |
| winred.us (/winred.us) | winred.ru (/winred.ru) |
| winred.tech (/winred.tech) | winred.store (/winred.store) |
| winred.today (/winred.today) | |

### Nameservers

| Date | Status | Name Server |
|---|---|---|
| 2019-04-10 | Transferred to... | cloudflare.com |

© Copyright 2015. All Rights Reserved.