

Dear Clerk:

Please find the enclosed documents pertaining to an action that is to be filed in this U.S. District Court in a Civil Case captioned as *Strange v. Winred Technical Services LLC* ; or however the Clerk chooses to caption the action:

1- Ghost Writing Affidavit pursuant to Local Rule 83.1(for Complaint)
2- Civil Cover Sheet (JS-44 Rev. 9-1-2019)
3- The Complaint
4- Index of Exhibits
5- Exhibits A through F
6- Ghost Writing Affidavit pursuant to Local Rule 83.1 (for IFP Motion)
7- Application to Proceed without paying filing fees – f/k/a: *In Forma Pauperis* Motion (Long Form AO-239 Rev. 1-2015)

I am a non-prisoner *pro se* litigant. I am not set up for electronic filing through the ECF/CM system.

I do not require a *paper copy* of the filing as I have a PacerMonitor.com account where I can download the documents as they are docketed.

I am requesting that the Court / Clerk hold summons (issuance) for 35 days (assuming IFP status is approved to afford me an opportunity to serve the Defendant with a waiver of summons under Federal Rule of Civil Procedure 4, so as to help Defendant avoid the costs of service should judgement be brought against them.

Regards,

Clinton Strange                    9-30-2019