**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**



CLINTON STRANGE,
Plaintiff

Case No. 1:19-CV-01287

Honorable T.S. Ellis, III
U.S. District Court Judge

v.

Ivan D. Davis
U.S. Magistrate Judge

WINRED TECHNICAL SERVICES, LLC, et al.,
Defendants

**PLAINTIFF'S MOTION TO DISMISS THE ACTION WITHOUT
PREJUDICE**

## PRELIMINARY STATEMENT:

1. The Plaintiff pro se Clinton Strange brought an action in this U.S. District Court alleging violations of the Telephone Consumer Protection Act of 1991 (TCPA) against Defendant Winred Technical Services, LLC (Winred) [See ECF No.1].

2. Plaintiff represents to the Court that he has been in contact with counsel for Winred who vehemently deny participation in the dissemination of communications related to their political fundraising efforts as they are limited to acting as a software platform (essentially a funnel or a money mule) that directs campaign contributions to the Republican National Committee (RNC).

3. The Plaintiff files this motion seeking dismissal of his action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

## STATEMENTS REGARDING DISMISSAL MOTION:

4. The Plaintiff has learned that the number that called him (texted) was an invalid toll-free number indicating that the number appearing on his Caller ID was spoofed. The Plaintiff is doubtful that even the FCC could trace the (text spammer – be they an individual or entity) back to their origin.

5. The text spammer (a Doe) violated the Truth In Caller ID Act of 2009 codified at 47 U.S. Code § 227(e) on behalf of the RNC by directing consumers to the Winred Platform.

6. In light of this set of facts the Plaintiff must necessarily dismiss his complaint against Defendant Winred.

## THE SPECIFIC RELIEF THAT THE PLAINTIFF SEEKS FROM THE COURT:

7. The Plaintiff prays that this Court will dismiss Defendant Winred Technical Services, LLC on all counts and causes of action outlined in his complaint without prejudice and instruct the Clerk of the Court to close the case.

8. The Plaintiff has attached a proposed order for the convenience and consideration of the Court [ See Exhibit A].

Respectfully Submitted,

X _Clinton Strange_                    11-19-2019

Clinton Strange                              Dated
Pro Se
7021 Winburn Drive
Greenwood, LA 71033
318-423-5057
CaddoBossierRefrigeration@gmail.com

CERTIFICATE OF SERVICE:

I, Clinton Strange, the *pro se* Plaintiff in this action have served a copy of this
Court filing captioned as **"PLAINTIFF'S MOTION TO DISMISS THE
ACTION WITHOUT PREJUDICE"**

on Defendant Winred Technical Services, LLC's *ex offico* Counsel via electronic
mail on November 19, 2019 to the electronic mail address of <u>sroberts@hvjt.law</u> .

I swear under the pains and penalties of perjury under the laws of the United States
of America that all the foregoing statements are both true and correct.

X _____          11-19-2019
      Clinton Strange                              Dated

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
<u>ALEXANDRIA</u>   DIVISION



CLINTON STRANGE
_____
                    Plaintiff(s),

        v.                                          Civil Action Number: 1:19-CV-01287-TSE-IDD
                                                                         _____

WINRED TECHNICAL SERVICES LLC
_____
                    Defendant(s).

# LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of Plaintiff's Motion To Dismiss the Action Without Prejudice
                                                            _____.
                                                                    **(Title of Document)**

Clinton Strange
_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: 11-19-2019
             _____  (Date)

                                **OR**

The following attorney(s) prepared or assisted me in preparation of _____.
                                                                    **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____  (Date)